IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-13-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DENNIS KEITH (8) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon defendant Dennis Keith's Motion to Provide Credit for Time Served Prior to Sentencing [doc. #331].

When the Court ordered that the defendant's 5 year sentence would be served concurrently with his prior 18 month sentence, the Court in essence said that the time would begin running concurrently *from that day forward*. Since the defendant had already served 6 months and 22 days on an unrelated supervised release violation, he cannot get credit for that time, but can only receive credit for the remaining 11 months and 8 days.

Accordingly, IT IS ORDERED that the Motion is DENIED.

Signed: April 30, 2009

Graham C. Mullen
United States District Judge